IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:  )
 )
Rex D. Adkisson )  Case No. 05-15262-7
Debbie J. Adkisson )
 )
          Debtor(s) )
 )

FILED AT WICHITA, KS
JAN 22 2010
CLERK
U.S. Court of Bankruptcy
By_____Deputy

## REPORT OF OUTSTANDING CHECK(S)

Linda S. Parks, Trustee of the above referenced bankruptcy estate, reports that the following listed check(s) have been issued and mailed but were undeliverable and returned as "Not Deliverable as Addressed, Unable to Forward" and the check(s) were not presented to the depository:

| Check No. | Payee | Amount |
|---|---|---|
| 312 | Sandy Dunsworth | $2,040.88 |

Accompanying this Report is Check No. 315 in the amount of $2,040.88, payable to the Clerk of the U.S. Bankruptcy Court for deposit into the U.S. Treasury Account as unclaimed funds.

Respectfully submitted,

/s/ Linda S. Parks
Linda S. Parks, Trustee (#11648)
HITE, FANNING & HONEYMAN L.L.P.
100 N. Broadway, Suite 950
Wichita, Kansas 67202-2209
Telephone: (316) 265-7741
Facsimile: (316) 267-7803